*Adrian P. Burke, Corporation Counsel (Bernard H. Sherris* and *Stanley Buchsbaum* of counsel), for appellant.

*Monroe Collenburg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

NEW DEAL SERVICE Co., INC., Appellant, *v.* HARRY REISS, Respondent, et al., Defendant.

Argued May 24, 1954; decided July 14, 1954.

*Michael M. Platzman* and *Louis N. Forman* for appellant.
*Morris Wagman* and *Irving Sheinfeld* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and
VAN VOORHIS, JJ. Taking no part: CONWAY, J.

LEWIS H. SAPER, as Trustee in Bankruptcy of the Estate of
TANGREDI CONTRACTING CORP., Appellant, *v.* DEPOT CONSTRUC-
TION CORP., Respondent.

Argued May 18, 1954; decided July 14, 1954.